STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WAYNE EDWARD GAMMONS, DEFENDANT-APPELLANT.

Argued November 22, 1971—Decided December 6, 1971.

*Mr. Herbert I. Waldman,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Elson P. Kendall,* Assistant Prosecutor, argued the cause for the respondent (*Mr. Karl Asch,* Union County Prosecutor, attorney).

PER CURIAM. The judgment of the Appellate Division is affirmed substantially for the reasons set forth in its majority opinion. (113 *N. J. Super.* 434)

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—None.